IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR JAMES,

    Plaintiff,

v.                                          Case No. 4:18cv446-MW/CAS

THOMAS J, ROWLANDS,
et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order. The pending *in forma pauperis* motion, ECF No. 2, is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on February 15, 2019.

                                           **s/ MARK E. WALKER**
                                           **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail. ECF Nos. 5 and 8.